AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
JAN 2 2 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

Noel Alarcon-Calderon -07

*Defendant*

Case No. 1:19-cr-0017 JMS -TAB

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Noel Alarcon-Calderon

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

Date: 1/16/2019

CLERK OF COURT, Laura A. Briggs

BY: _[signature]_
    *Deputy Clerk*

City and state:   Indianapolis, Indiana

### Return

This warrant was received on *(date)* 01/17/19, and the person was arrested on *(date)* 01/18/19
at *(city and state)* Indianapolis, IN.

Date: 01-22-19

_[signature]_
*Arresting officer's signature*

SA Matt Holbrook
*Printed name and title*